# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

(1) KAREN SPERLING, individually,
and as Estate Representative of the
ESTATE OF KENNETH SPERLING,
deceased, and

(2) SOLOMON PETRIE
KENNERMAN, an individual,

       Plaintiff(s)

vs.                                        Case Number   12-CV-651-JHP-FHM

AAA FIRE & CASUALTY
INSURANCE COMPANY, a foreign
insurance company,

       Defendant(s)

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE ACTION

**COME NOW** the Plaintiffs, Karen Sperling, individually, and as Estate Representative of the Estate of Kenneth Sperling, deceased, and Solomon Petrie Kennerman, an individual, by and through their attorney of record, Joseph F. Bufogle, Sr. of the firm Bufogle & Associates, P.C., who Dismiss the present action Without Prejudice, pursuant to FRCP Rule 21(a)(1)(i).

The parties both notify the court of a Stipulation of Dismissal Without Prejudice, hereunder signed and endorsed by Defendant as well. The parties both notify the court that no counterclaims have been filed in the present matter.

                                              Respectfully submitted,

                BUFOGLE & ASSOCIATES, P.C.

                /s/  Joseph F. Bufogle, Sr
            By  Joseph F. Bufogle, Sr., OBA #10554
                2405 East Skelly Drive
                Tulsa, OK 74105
                (918) 587-3407
                (918) 587-3437 - facsimile
                jfbufogle@msn.com
                **ATTORNEYS FOR PLAINTIFFS**

Approved as to form and stipulated as to content by:

/s/ Gregory D. Nellis
Gregory D. Nellis, OBA #6609
J. Andrew Brown, OBA #22504
ATKINSON, HASKINS, NELLIS,
  BRITTINGHAM, GLADD & CARWILE
525 S. Main, Suite 1500
Tulsa, OK 73103-4524
(918) 582-8877
(918) 585-8096 - facsimile
ecf@ahn-law.com
**ATTORNEYS FOR DEFENDANT**